IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DAVID MARQUEZ AND KIMBERLY KEENER, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 2:17-cv-00093 |
| PAVEL AILENI, A P TRANSPORTATION, A P TRANPORT LLC AND AUTOBAHN FREIGHT LINES LTD, | § § § § § § | |
| Defendants. | § | |

# JOINT MOTION FOR DISMISSAL

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

Plaintiffs, DAVID MARQUEZ and KIMBERLY KEENER, and Defendants, PAVEL AILENI, AP TRANSPORTATION, AP TRANSPORT LLC and AUTOBAHN FREIGHT LINES LTD, file this Joint Motion for Dismissal and would respectfully show the Court as follows:

1. On January 23, 2018, this case was mediated before the Honorable Andrew J. Lehrman in Corpus Christi, Texas. The case was resolved at mediation. The parties have resolved all matters in controversy and request the Court dismiss this action.

2. The parties have conferred regarding this Motion and are in agreement.

**WHEREFORE, PREMISES CONSIDERED,** the parties respectfully request that the Court dismiss this matter, that Plaintiffs take nothing by way of this suit and that cost be borne by the party incurring same.

Respectfully Submitted,

**THE BASSETT FIRM**

_____
**MIKE H. BASSETT**
SBN: 01890500
mbassett@thebassettfirm.com
**RON. T. CAPEHART**
SBN: 24009939
rcapehart@thebassettfirm.com
Two Turtle Creek Village
3838 Oak Lawn Avenue, Suite 1300
Dallas, Texas 75219
(214) 219-9900 Telephone
(214) 219-9456 Facsimile

**ATTORNEY FOR DEFENDANTS,
PAVEL AILENI, A P
TRANSPORTATION, AND
AUTOBAHN FREIGHT LINES LTD**

THE LAW OFFICES OF ROGER A. PEREZ

*/s/ Roger A. Perez*

ROGER A. PEREZ
SBN: 15779080
roger@rogerperez.com
427 S. Saint Mary's Street
San Antonio, Texas 78205
(210) 224-2240 Telephone
(210) 354-0510 Facsimile

**ATTORNEY FOR PLAINTIFFS,
DAVID MARQUEZ AND
KIMBERLY KEENER**

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that he caused a true copy of this document to be forwarded to all counselors of record on this 19th day of February, 2018, via the Court's electronic filing system and Certified Mail, pursuant to the Federal Rules of Civil Procedure.

*/s/ Ron T. Capehart*

RON T. CAPEHART

P:\THE BASSETT FIRM FILES\AIG\Marquez v. Allen\Pleadings\JT M Dismissal.docx