UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DAVID MARQUEZ, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:17-CV-93 |
| | § | |
| PAVEL AILENI, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pending is the parties' Joint Motion for Dismissal. (D.E. 33). After reviewing the pleadings and argument of counsel, the Motion is **GRANTED**.

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED**, that the Plaintiffs' claims against the Defendants, PAVEL ALIENI, AP TRANSPORTATION, AP TRANSPORT LLC and AUTOBAHN FREIGHT LINES LTD, are hereby **DISMISSED** with prejudice.

All other relief not expressly granted herein is **DENIED**. The Clerk of Court is **DIRECTED** to close this case.

ORDERED this 20th day of February, 2018.

_____
Jason B. Libby
United States Magistrate Judge